JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN GROUP, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY (f/k/a TIG SPECIALTY INSURANCE COMPANY, an Arizona corporation), a subsidiary of IRONSHORE HOLDINGS (U.S.), INC., a Delaware corporation,<br><br>   Defendant. | CASE NO.: CV14-00341-DMG (PJWx)<br><br>**ORDER RE STIPULATION TO DISMISS CASE WITHOUT PREJUDICE [10]** |

In accordance with the parties' stipulation, and good cause appearing,

**THE COURT ORDERS** that this case be, and hereby is, dismissed without prejudice. The Scheduling Conference on June 20, 2104 is hereby VACATED.

DATED: May 30, 2014

                */s/ Dolly M. Gee*
                DOLLY M. GEE
                UNITED STATES DISTRICT JUDGE